Jeff Pollack, SBN 72274
1300 Clay Street, Suite 600
Oakland, California 94612
Tele: (510) 464-8094
Fax: (510) 464-8095

Attorney for Plaintiff Cynthia A. Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA A. WALKER, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION, CITIMORTGAGE, INC. A New York Corporation, CR TITLE SERVICES, INC., A Delaware Corporation, and DOES 1 through 25, inclusive <br><br> Defendants | CASE NO. C 11-5344 RS <br><br> [PROPOSED] ORDER VACATING DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT |

The parties in the above-entitled action having signed and filed a Stipulation to vacate the deadline previously set by this Court for February 12, 2012 for plaintiff to file her second amended complaint in order to provide the parties with time to complete their prospective settlement of this case and good cause appearing, it is ORDERED that the deadline for plaintiff to file her second amended complaint previously set by this Court for February 12, 2012 is vacated to be reset upon request of the defendants in this action or upon further order of the Court.

Dated: February 7, 2012.

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT