*E-Filed  2/13/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Cynthia A. Walker,

          Plaintiffs,

  v.

Federal National Mortgage Association, et al.,

          Defendants.
_____/

No.  C 11-05344 RS

**STANDBY ORDER OF DISMISSAL**

    The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The case is stayed.  The parties are required to file a stipulation of dismissal by **March 29, 2012.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 5, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

    IT IS SO ORDERED.

Dated:  2/13/12

*[signature]*

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

NO. C 11-05344  RS
STANDBY ORDER OF DISMISSAL