*E-Filed 2/13/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Cynthia A. Walker, | No. C 11-05344 RS |
| Plaintiffs, | **STANDBY ORDER OF DISMISSAL** |
| v. | |
| Federal National Mortgage Association, et al., | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The case is stayed. The parties are required to file a stipulation of dismissal by **March 29, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 5, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/13/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE